Willie James LUCKETT, Jr., Appellant,

v.

STATE of Missouri, Respondent.

WD 77774

Missouri Court of Appeals,
Western District.

March 3, 2015

Susan Roach, Clayton, MO, Counsel for Appellant

Terrence Messonnier, Jefferson City, MO, Counsel for Respondent

Before Division One: Cynthia L. Martin, P.J., Thomas H. Newton, and Mark D. Pfeiffer, JJ.

### ORDER

Per Curiam:

Mr. Willie James Luckett, Jr. appeals the dismissal of the petition for declaratory judgment.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).